UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:98cr0006(1) AS |
| | ) | |
| DEMETRIUS G. JACKSON | ) | |
| ***************************** | ) | |
| DEMETRIUS G. JACKSON, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civil No. 3:00cv0170 AS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

## *MEMORANDUM OPINION AND ORDER*

This Court takes full judicial notice of the record in 3:98cr0006. This petitioner-defendant has raised a motion under Circuit Rule 57 for a remand. No useful purpose would be to restate all of the procedural history of this case which has been done more than adequately in the papers now before the court.

To put it quite plainly, this court has considered any possible relief under 28 U.S.C. §2255 and **DENIES** the same. This is, therefore, a successive petition under §2255, and this court is without jurisdiction to entertain it. *See Nunez v. United States*, 96 F.3d 990 (7th Cir. 1996). Title 18 U.S.C. §3559(c)(7) is simply not applicable here. It has come time to bring the proceedings in this case before this court to an end, which is now done by simply

**DENYING** the relief requested and now before the court in this case by Mr. Jackson.  **IT IS SO ORDERED.**

      **DATED:** August 2, 2005

                                                S/ ALLEN SHARP, J.
                                                **ALLEN SHARP, JUDGE**
                                                **UNITED STATES DISTRICT COURT**