UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:06cv0623 AS |
| v. | ) | (arising out of 3:98 CR 00006-01) |
| | ) | |
| DEMETRIUS G. JACKSON | ) | |

*MEMORANDUM, OPINION AND ORDER*

This court has attempted to once again wade through this complicated record which now covers a period of time since February 1998 and at the last reading had 177 items. This court cannot gainsay here the decisions of the Court of Appeals in this circuit. This defendant Jackson filed a petition for relief under 28 U.S.C. §2255 in 2000, and has now filed another one. The most recent filing is certainly a second or successive petition, and such has not been authorized by the Court of Appeals. Quite simply, this court does not have the authority to act on this second or successive Section 2255 petition. Therefore, the same is **DISMISSED**. **IT IS SO ORDERED**.

**DATED:** November 20, 2006

S/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**